MERRILL SCHNEIDER, OSB # 77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
14415 SE Stark St.
Portland, OR 97233-2153
(503) 255-9092
fax (503) 255-9145
Attorney for Plaintiff

FILED'06 JAN 10 11:59USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOEY MOSHBERGER,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

CV 05-1733-MO

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $500.00 and costs in the amount of $250 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No other costs or expenses are awarded.

DATED this 10th day of January, 2006.

    /s/ Michael W. Mosman
    UNITED STATES DISTRICT JUDGE

Presented by:

s/ Merrill Schneider
Merrill Schneider    OSB# 77336
503-255-9092
Attorney for Plaintiff